# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-4680 PSG (PJWx) | Date | August 9, 2010 |
| Title | Chris Kohler v. Presidio International, Inc. *et al* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

**Attorneys Present for Plaintiff(s):**      **Attorneys Present for Defendant(s):**

Not Present      Not Present

**Proceedings:**   **(In Chambers) Order to Show Cause re Improper Joinder**

On June 24, 2010, Plaintiff Chris Kohler ("Plaintiff") brought suit against Presidio International, Inc. and 16 other defendants (collectively, "Defendants") for (1) violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*.; (2) violation of the Disabled Persons Act, Cal. Civ. Code § 54; (3) Unruh Civil Rights Act, Cal. Civ. Code § 51; and (4) denial of full and equal access to public facilities. These four allegations are asserted against each defendant separately, comprising a total of 68 claims.

According to Federal Rule of Civil Procedure 20(a)(2), a plaintiff may permissively join defendants in a single action only if (1) the plaintiff is asserting a right to relief against the defendants "jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences," and (2) the claims involve a "question of law or fact common to all defendants." Fed. R. Civ. P. 20(a)(2). Though improper joinder is not grounds for dismissal of an action, the Court may *sua sponte* drop improperly joined parties or sever improperly joined claims. *See* Fed. R. Civ. P. 21; *Martinez v. Encore Credit Corp.*, No 09-5490, 2009 WL 3233531, at *3 (C.D. Cal. Sept. 30, 2009). Accordingly, the Court orders Plaintiff to show cause in writing on or before **August 30, 2010**, why Defendants are not improperly joined in this action under Rule 20(a)(2).

**IT IS SO ORDERED.**